# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KARL J. BOCK,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JASON M. SWARD, and KLLM TRANSPORT SERVICES, LLC, a Texas limited liability company;<br><br>　　　　　Defendants. | 8:18CV586<br><br>ORDER TO SHOW CAUSE |

The records of the Court show that on December 20, 2018, a letter (Filing No. 3) was sent to the following attorney(s) from the Office of the Clerk directing that they obtain admittance to practice in this district and register for the Case Management/Electronic Case Filing System ("System"):

Cory R. Wilson
ERICKSON, SEDERSTROM LAW FIRM
10330 Regency Parkway Drive, Suite 100
Omaha, NE 68114

**IT IS ORDERED** that on or before **January 18, 2019**, the attorney(s) listed above shall either comply with the request set forth in the letter from the Clerk of the Court or show cause by written affidavit why they cannot comply with the rules of the Court. Failure to comply with this Order will result in Cory R. Wilson being removed as counsel of record.

Dated this 7th day of January, 2019.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　s/ Susan M. Bazis
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge