IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KARL J. BOCK,<br><br>Plaintiff,<br><br>vs.<br><br>JASON M. SWARD, and KLLM TRANSPORT SERVICES, LLC, a Texas limited liability company;<br><br>Defendants. | 8:18CV586<br><br>**ORDER OF DISMISSAL** |

Plaintiff filed a Stipulation of Dismissal with Prejudice (Filing No. 39) advising the Court that the parties have agreed to dismiss all pending causes of action with prejudice.

Accordingly,

**IT IS ORDERED** that Plaintiff's Stipulation of Dismissal with Prejudice (Filing No. 39) is approved and granted. The above-captioned case is dismissed with prejudice, with each party to pay its own costs. Judgment will be entered by separate document.

Dated this 3rd day of January, 2020.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge